FORM 8.  Entry of Appearance                                                Form 8
                                                                          Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rembrandt Gaming Technologies, LP    v.    Boyd Gaming Corporation, et al.

No. 16-2002

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Rembrandt Gaming Technologies, LP
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Rachel C. Hughey |
| Law Firm: | Merchant & Gould P.C. |
| Address: | 80 South 8th Street, 3200 IDS Center |
| City, State and Zip: | Minneapolis, MN 55402 |
| Telephone: | 612-332-5300 |
| Fax #: | 612-332-9081 |
| E-mail address: | rhughey@merchantgould.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  05/12/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  May 20, 2016          Signature of pro se or counsel  /s/ Rachel C. Hughey

cc:  Counsel of Record

Reset Fields

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, a copy of the following document:

- Entry of Appearance for Rachel C. Hughey

was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Audra C. Eidem Heinze of Banner & Witcoff - aheinze@bannerwitcoff.com
J. Randall Jones of Kemp Jones & Coulthard - jrj@kempjones.com

In additional, the document was served via electronic mail on the following:

Michael Harris of Banner & Witcoff - MHarris@bannerwitcoff.com
David Enzminger of Winston & Strawn - DEnzminger@winston.com
Patrick McCarthy at Howard and Howard - PMcCarthy@HowardandHoward.com
Spencer H. Gunnerson of Kemp Jones & Coulthard - s.gunnerson@kempjones.com
Timothy C. Meece of Banner & Witcoff - trneece@bannerwitcoff.com
Virgil Bryan Medlock, Jr. of Banner & Witcoff - bmedlock@bannerwitcoff.com
Jenna Weis Logoluso of Winston & Strawn - jlogoluso@winston.com

                                                     s/Rachel C. Hughey
                                                         Rachel C. Hughey