FORM 9. Certificate of Interest

Form 9<br>Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rembrandt Gaming Technologies, LP  **v.**  Boyd Gaming Corporation, et al.

Case No. 16-2002

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Rembrandt Gaming Technologies, LP

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Rembrandt Gaming Technologies, LP | None | Rembrandt Virginia Management, LL |
| | | Rembrandt II, LLLP |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

See attached.

May 20, 2016     /s/ Rachel C. Hughey

Date     Signature of counsel

Please Note: All questions must be answered     Rachel C. Hughey

Printed name of counsel

cc: Counsel of Record via ECF

Reset Fields

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Michael D. Rounds, formerly of Watson Rounds
Christopher J. Sorenson, Merchant & Gould
Shane A. Brunner, Merchant & Gould
Rachel Zimmerman Scobie, Merchant & Gould
Jeffrey D. Blake, Merchant & Gould
Christopher C. Davis, Merchant & Gould
Emily Wessels, Merchant & Gould
Regina V. Culbert, formerly of Merchant & Gould
Keegan G. Low, Robison, Belaustegui, Sharp & Low
Barry L. Breslow, Robison, Belaustegui, Sharp & Low
Michael A. Burke, Robison, Belaustegui, Sharp & Low