FORM 9.  Certificate of Interest                                                                 Form 9
                                                                                              Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rembrandt Gaming Technologies, LP   v.   Boyd Gaming Corporation

Case No. 16-2002

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

WMS Gaming Inc., Boyd Gaming Corporation, and LVGV, LLC

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| WMS Gaming Inc. | WMS Gaming Inc. | WMS Industries Inc. & Scientific Games Corporation |
| Boyd Gaming Corporation | Boyd Gaming Corporation | None |
| LVGV, LLC | LVGV, LLC | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Kemp, Jones & Coulthard, LLP:  J. Randall Jones; Jennifer Dorsey; Spencer H. Gunnerson

Winston & Strawn:  Jenna W. Logoluso; David K. Lin (counsel for Boyd Gaming Corporation and LVGV, LLC, and not for WMS Gaming Inc.)

5/20/2016                                    /s/ Audra C. Eidem Heinze
Date                                          Signature of counsel

Please Note: All questions must be answered      Audra C. Eidem Heinze
                                                  Printed name of counsel

cc: counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 20, 2016 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Audra C. Eidem Heinze | /s/ Audra C. Eidem Heinze |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Banner & Witcoff, Ltd. |
| Address | 10 S. Wacker Drive, Suite 3000 |
| City, State, Zip | Chicago, Illinois 60606 |
| Telephone Number | 312-463-5000 |
| Fax Number | 312-463-5001 |
| E-Mail Address | aheinze@bannerwitcoff.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields